# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 15-00275-AB (JEMx) | Date | January 14, 2016 |
| Title | Chris Langer v. Michael H. Miller, et al. | | |

| | |
|---|---|
| Present: The Honorable | **JOHN E. MCDERMOTT, UNITED STATES MAGISTRATE JUDGE** |

| S. Anthony | |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

**Proceedings:**   **(IN CHAMBERS) ORDER RE PLAINTIFF'S NOTICE OF MOTION (1) COMPELLING INITIAL RESPONSES TO REQUESTS FOR THE PRODUCTION OF DOCUMENTS; (2) COMPELLING INITIAL RESPONSES TO INTERROGATORIES; (3) SEEKING RULE 37 SANCTIONS (Docket No. 39)**

Before the Court is a Notice of Motion Compelling Responses to Interrogatories and Requests for Production of Documents and for Sanctions ("Motion") filed by Plaintiff Chris Langer against Defendants Michael H. Miller, Mark Everett Miller, Melinda Miller and Rupee Enterprise. Plaintiff asserts that Defendants have not responded to his discovery requests nor to his attempt to meet and confer. Defendants also have not filed any opposition or response to his Motion.

Accordingly, the Court issues an Order to Show Cause why it should not grant the Motion, including the imposition of sanctions, and orders Defendants to respond by **January 25, 2016**.

The hearing on the Motion scheduled for January 27, 2016 is hereby vacated.

cc: Parties

| | : | |
|---|---|---|
| | Initials of Preparer | sa |