JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Chris Langer

        Plaintiff,

v.

Michael H. Miller et al

        Defendants.

Case No.  CV 15-00275-AB (JEMx)

ORDER DISMISSING CIVIL ACTION

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **30 days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action, and this Order shall not prejudice any party to this action.

Dated: February 11, 2016   _____
                                     HON. ANDRÉ BIROTTE JR.
                                     UNITED STATES DISTRICT COURT JUDGE

1.